Christopher LANE, Plaintiff–Appellant,

v.

**Dennis PATTERSON, DDO; Wayne McCabe, Warden; Travis Guess, Sergeant, Defendants–Appellees.**

No. 13–6571.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 18, 2013.

Christopher Lane, Appellant Pro Se. Christopher Thomas Dorsel, Sandra J. Senn, Senn Legal, LLC, Charleston, South Carolina, for Appellees.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lane v. Patterson,* No. 0:11–cv–03278–RBH, 2013 WL 1194751 (D.S.C. Mar. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*